UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HEDIBERTO ACOSTA and WASHINGTON PERNAS,

Plaintiffs,

-v-

CIVIL ACTION NO.: 20 Civ. 5258 (PGG) (SLC)

**ORDER**

PURCHASE RUNG CORP., BBR AMERICAN CORP.,
and BBJ GROUP CORP, all d/b/a LITTLE THAI
KITCHEN, and BILLY PETER RUNG,

Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Per the Court's order at ECF No. 26, by yesterday, January 19, 2021 the parties were to file a joint proposed case management plan.  However, the Court notes that the parties participated in court-ordered mediation and reached agreement on all issues.  (ECF No. 27).

Thus, by **January 27, 2021**, the parties must notify Judge Gardephe of their settlement and request a 30-day order, or shall file a stipulation of dismissal.

Dated:          New York, New York
                January 20, 2021

SO ORDERED

SARAH L. CAVE
**United States Magistrate Judge**