UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HEDIBERTO ACOSTA and WASHINGTON PERNAS,

           Plaintiffs,

-v-

PURCHASE RUNG CORP., BBR AMERICAN CORP., and BBJ GROUP CORP, all d/b/a LITTLE THAI KITCHEN, and BILLY PETER RUNG,

           Defendants.

CIVIL ACTION NO.: 20 Civ. 5258 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Per the Court's order at ECF No. 28, by January 27, 2021, the parties were to file a joint letter notifying Judge Gardephe of their settlement or were to submit a stipulation of dismissal. They have not done so, and are ORDERED to file a status letter or stipulation of dismissal by **February 5, 2021.**

Dated:    New York, New York
           February 1, 2021

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**