**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X

HEDIBERTO ACOSTA and WASHINGTON
PERNAS, individually and on
behalf of others similarly situated,

Case No. 1:20-cv-5258

**(PROPOSED) JUDGMENT**

*Plaintiffs,*

-against-

PURCHASE RUNG CORP. (D/B/A LITTLE
THAI KITCHEN), BBR AMERICAN CORP.
(D/B/A LITTLE THAI KITCHEN), BBJ
GROUP CORP. (D/B/A LITTLE THAI
KITCHEN), and BILLY PETER RUNG,

*Defendants.*

---------------------------------------------------------X

      WHEREAS on or about February 1, 2021, Defendants PURCHASE RUNG CORP. (D/B/A LITTLE THAI KITCHEN), BBR AMERICAN CORP. (D/B/A LITTLE THAI KITCHEN), BBJ GROUP CORP. (D/B/A LITTLE THAI KITCHEN), and BILLY PETER RUNG extended to Plaintiffs HEDIBERTO ACOSTA and WASHINGTON PERNAS an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of twenty-four thousand five-hundred dollars and zero cents ($24,500.00), and whereas said Plaintiffs accepted said offer on or about February 2, 2021,

      JUDGMENT shall be entered in favor of said Plaintiffs against said Defendants in the amount of twenty-four thousand five-hundred dollars and zero cents ($24,500.00).

    Dated: New York, New York

              _____ , 202\_\_\_ .

                                                      _____
                                                      PAUL G. GARDEPHE, U.S.D.J.